SILLS CUMMIS & GROSS P.C.
Andrew H. Sherman, Esq.
Lucas F. Hammonds, Esq.
One Riverfront Plaza
Newark, New Jersey 07102
Phone:  (973) 643-7000
Facsimile:  (973) 643-6500
asherman@sillscummis.com
lhammonds@sillscummis.com
*Attorneys for Plaintiff,*
*Bernard A. Katz, Liquidating Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>CHRIST HOSPITAL, a New Jersey not-for-profit corporation,<br><br>        Debtor. | Case No. 12-12906 (NLW)<br><br>Chapter 11 |
| BERNARD A. KATZ, as Trustee of the Christ Hospital Liquidating Trust,<br><br>        Plaintiff,<br><br>    v.<br><br>SMITHS MEDICAL ASD, INC.,<br><br>        Defendant. | Adv. Pro. No. 14-01123 (NLW) |

**NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff, Bernard A. Katz, as Trustee of the Christ Hospital Liquidating Trust, by and

through his counsel, hereby dismisses the above-captioned adversary proceeding as to

2606817 v1

Defendant, Smiths Medical ASD, Inc., with prejudice pursuant to Fed. R. Civ. P. 41(a), made

applicable by Fed. R. Bankr. P. 7041.


Dated: March 9, 2015                        SILLS CUMMIS & GROSS P.C.
                                                 *Attorneys for Bernard A. Katz, Liquidating Trustee*

                                          By:    /s/ Lucas F. Hammonds
                                                    Lucas F. Hammonds